# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

DAMIKA DAVIS
on Behalf of Minor Child K.D.                                                              PLAINTIFF

v.                           CASE NO. 3:13CV00026 BD

CAROLYN W. COLVIN,
**Acting Commissioner, Social
Security Administration**                                                                 DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 5th day November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE